# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANE DOE 1, ET AL.,**<br>Plaintiffs,<br>vs.<br>**UBER TECHNOLOGIES, INC.,**<br>Defendant. | CASE NO. 17-cv-06571-YGR<br>**ORDER GRANTING PLAINTIFFS' REQUEST TO PROCEED USING PSEUDONYMS**<br>Re: Dkt. No. 41 |

Plaintiffs Doe 1 and Doe 2 have filed a motion to proceed using pseudonyms as to additional plaintiffs named in their First Amended Complaint, specifically using the pseudonyms "Jane Doe 3," "Jane Doe 4," "Jane Doe 5," "Jane Doe 6," "Jane Doe 7," "Jane Doe 8" and "Jane Doe 9." (Dkt. No. 41.) No opposition to the motion has been filed

In the Ninth Circuit, parties are permitted to use pseudonyms in the unusual case when nondisclosure of the party's identity is necessary to protect the party from harassment, injury, ridicule or personal embarrassment. *Does I thru XXIII v. Advanced Textile Corp.*, 214 F.3d 1058, 1067–68 (9th Cir. 2000). District courts determine the need for anonymity by evaluating a variety of factors: (1) the severity of the threatened harm, (2) the reasonableness of the anonymous party's fears; and (3) the anonymous party's vulnerability to such retaliation. *Id.* In so doing, a district court must exercise its powers to manage pretrial proceedings and to issue protective orders limiting disclosure of the party's name to preserve the party's anonymity to the greatest extent possible without prejudicing the opposing party's ability to litigate the case. *Id.* at 1069.

Here, the parties seeking to proceed pseudonymously allege that they were sexually assaulted by drivers affiliated with defendant. The Court finds the nature of the allegations to be highly sensitive, with a high propensity for adverse emotional and psychological impact. Therefore, proceeding by way of pseudonyms is appropriate under the circumstances.

Plaintiffs shall submit a supplement to the complaint, to be filed under seal consistent with

the Local Rules, providing the true identities of the parties proceeding pseudonymously, and shall serve such supplement on defendants. The parties shall keep the true identities of the plaintiffs confidential absent further order of the Court.

This terminates Docket No. 41.

**IT IS SO ORDERED.**

Dated: April 5, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**