

505 Howard Street  
Suite 1000  
San Francisco, CA 94105-3204  

T +1.415.344.7000  
F +1.415.344.7050  
PerkinsCoie.com

May 9, 2018

Bobbie J. Wilson  
BWilson@perkinscoie.com  
D. +1.415.344.7166

**VIA ECF**

The Honorable Yvonne Gonzalez Rogers  
United States District Judge  
Northern District of California  
1301 Clay Street  
Oakland, CA 94612

Re:   Doe 1, et al. v. Uber Technologies, Inc., No. 17-cv-06571 (YGR)

Dear Judge Gonzalez Rogers:

We represent defendant Uber Technologies, Inc. ("Uber") in the above-referenced matter. We write to respond to certain misleading suggestions in Plaintiffs' counsel's May 8, 2018, letter, which was filed at ECF No. 48.

As we communicated to Plaintiffs' counsel on the evening of May 7, we apologize for the error that resulted in filing of the case management statement before Plaintiffs' counsel had provided their second round of proposed edits. As we advised Plaintiffs' counsel, the error was inadvertent. The parties have successfully coordinated on joint filings on several prior occasions in this matter, and, as we have before, we acted in good faith to prepare and file a mutually agreeable document on this occasion. Plaintiffs' counsel's insinuations to the contrary are baseless and irresponsible.

After we conveyed our apologies to Plaintiffs' counsel, Plaintiffs' counsel identified two statements in the case management statement to which they objected. One was the inclusion of the phrase "Plaintiffs contend" before a section of the jurisdictional statement that contained assertions inserted by Plaintiffs' counsel with which Uber disagrees. The other was a reference to a pending matter in Los Angeles County Superior Court in which Plaintiffs' counsel represent an individual plaintiff bringing similar claims against Uber. Plaintiffs' counsel asserted that it was inappropriate to reference that matter in the "Related Cases" section, even though the parties referenced the same matter using identical language in the joint case management statement previously filed at ECF No. 35.

Although we believe including those statements was necessary to maintain the accuracy of the case management statement, we do not believe this disagreement warranted the attention of the Court. We will continue to work in good faith with Plaintiffs' counsel to address any outstanding issues with respect to the case management statement in advance of the Court's new deadline.

The Honorable Yvonne Gonzalez Rogers
May 9, 2018
Page 2

Finally, we are concerned that certain statements in Plaintiffs' counsel's May 8 letter, along with the tone of other filings and correspondence in this matter, do not reflect the "decorum required for the fair and efficient administration of justice." Civil Local Rule 11-4(a)(4). For our part, we remain committed to upholding that obligation.

Very truly yours,

/s/ Bobbie J. Wilson

Bobbie J. Wilson

BJW