Bobbie J. Wilson, Bar No. 148317
BWilson@perkinscoie.com
Mara Boundy, Bar No. 287109
mboundy@perkinscoie.com
PERKINS COIE LLP
505 Howard Street, Suite 1000
San Francisco, CA  94105-3204
Telephone:  415.344.7000
Facsimile:  415.344.7050

Julie L. Hussey, Bar No. 237711
JHussey@perkinscoie.com
PERKINS COIE LLP
11988 El Camino Real, Suite 350
San Diego, CA 92130-2594
Telephone: 858.720.5700
Facsimile:  858.720.5850

Alexander M. Fenner, Bar No. 287025
PERKINS COIE LLP
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: (206) 359-8000
Facsimile: (206) 359-9000

Attorneys for Defendant
UBER TECHNOLOGIES, INC.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, JANE DOE 5, JANE DOE 6, JANE DOE 7, JANE DOE 8 and JANE DOE 9, *on behalf of themselves individually and on behalf of a proposed Class of similarly-situated individuals,*<br><br>Plaintiffs,<br><br>v.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No. 4:17-cv-06571-YGR<br><br>**DEFENDANT UBER TECHNOLOGIES, INC.'S PARTIAL ANSWER AND DEFENSES TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>**JURY TRIAL DEMANDED** |

Defendant Uber Technologies, Inc. ("Uber") hereby answers Count III of Plaintiffs Jane Does 1-9's First Amended Complaint ("Complaint") and states its defenses thereto as follows. Concurrently with this Answer, Uber has filed a Motion to Compel Arbitration with respect to Counts I and II of the Complaint. Uber therefore has not answered the allegations in Counts I or II, or factual allegations that relate only to those claims or to the question whether Plaintiffs' claims are subject to arbitration. In the event Uber's Motion to Compel Arbitration is denied, Uber reserves the right to raise any defense to the allegations in Count I and Count II of the Complaint by the appropriate Rule 12 motion or by answer.

## ANSWER

### I.    UBER'S MESSAGE TO WOMEN: YOU ARE SECOND-CLASS CITIZENS

1.     The allegations in Paragraph 1 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

2.     The allegations in Paragraph 2 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

3.     Denied.

4.     Denied.

5.     Denied.

6.     Denied.

7.     Denied.

8.     Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 8 and on that basis denies those allegations.

9.     Denied as stated.

10.    Denied.

**A.      Uber Believes That Female Passengers Think Rape During An Uber Ride Is A Foreseeable, Likely Event**

11.      The allegations in Paragraph 11 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

12.      The allegations in Paragraph 12 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

13.      The allegations in Paragraph 13 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

14.      The allegations in Paragraph 14 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

15.      The allegations in Paragraph 15 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

16.      The allegations in Paragraph 16 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

17.      The allegations in Paragraph 17 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

18.      Denied.

19.      The allegations in Paragraph 19 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

20.      The allegations in Paragraph 20 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

21.      The allegations in Paragraph 21 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required. To the extent a response is required, the allegations in Paragraph 21 are denied.

22.     The allegations in Paragraph 22 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required. To the extent a response is required, the allegations in Paragraph 22 are denied.

23.     The allegations in Paragraph 23 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required. To the extent a response is required, the allegations in Paragraph 23 are denied.

24.     The allegations in Paragraph 24 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required. To the extent a response is required, the allegations in Paragraph 24 are denied.

**B.      Thousands Of Passengers Are Transported By Uber Without The Use Of Their Own App – These Passengers Have No Agreement With Uber**

25.     Paragraph 25 is a legal conclusion to which no response is required. Additionally, the allegations in Paragraph 25 are irrelevant to the claim in Count III of the Complaint. To the extent that a response is required, Uber denies the allegations in Paragraph 25.

26.     The allegations in Paragraph 26 are irrelevant to the claim in Count III of the Complaint. Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 26 and on that basis denies those allegations to the extent a response is required.

27.     Paragraph 27 is a legal conclusion to which no response is required.  Additionally, the allegations in Paragraph 27 are irrelevant to Count III of the Complaint. To the extent that a response is required, Uber denies the allegations in Paragraph 27.

28.     Paragraph 28 is a legal conclusion to which no response is required.  Additionally, the allegations in Paragraph 28 are irrelevant to Count III of the Complaint. To the extent that a response is required, Uber denies the allegations in Paragraph 28.

1

**C.**     **Uber Must Take Action to Remedy This Foreseeable Harm**

2

29.     Denied.

3

30.     Denied.

4

31.     Denied.

5

32.     Denied.

6

7

33.     Denied as stated.

8

34.     Denied as stated.

9

35.     Denied.

10

**D.**     **Uber Disingenuously And Inaccurately Advertises "We Do The Right Thing, Period."**

11

12

36.     Uber admits that one of its cultural norms is "We do the right thing." The

13

remaining the allegations in Paragraph 36 are denied.

14

37.     Denied.

15

38.     Denied.

16

17

39.     The allegations in Paragraph 39 are irrelevant to the claim in Count III of the

18

Complaint and improper under the *Noerr-Pennington* doctrine, and no response to those

19

allegations is required.

20

40.     The allegations in Paragraph 40 are irrelevant to the claim in Count III of the

21

Complaint and improper under the *Noerr-Pennington* doctrine, and no response to those

22

allegations is required.

23

41.     The allegations in Paragraph 41 are irrelevant to the claim in Count III of the

24

25

Complaint and improper under the *Noerr-Pennington* doctrine, and no response to those

26

allegations is required.

27

28

1

E.     **Thousands Of Women Are At Risk**

2

42.     Denied.

3

43.     Denied as stated.

4

5

44.     Denied as stated.

45.     Denied as stated.

6

7

46.     Paragraph 46 is a legal conclusion to which no response is required.  To the extent

8

that a response is required, Uber denies the allegations in Paragraph 46.

9

47.     Paragraph 47 is a legal conclusion to which no response is required.  To the extent

10

that a response is required, Uber denies the allegations in Paragraph 47.

11

48.     Paragraph 48 is a legal conclusion to which no response is required.  To the extent

12

that a response is required, Uber denies the allegations in Paragraph 48.

13

14

49.     Denied.

15

50.     Denied.

16

51.     Denied.

17

52.     Denied.

18

53.     Denied.

19

II.     **JURISDICTION AND VENUE**

20

21

54.     Paragraph 54 is a legal conclusion to which no response is required.

22

55.     Paragraph 55 is a legal conclusion to which no response is required.

23

56.     Paragraph 56 is a legal conclusion to which no response is required.

24

57.     Paragraph 57 is a legal conclusion to which no response is required.  To the extent

25

that a response is required, Uber denies the allegations in Paragraph 57.

26

27

28

-6-

1

### III.    PARTIES

2

58.    Uber lacks knowledge or information sufficient to respond to the allegations in

3

Paragraph 58 and on that basis denies those allegations.

4

59.    Uber lacks knowledge or information sufficient to respond to the allegations in

5

6

Paragraph 59 and on that basis denies those allegations.

7

60.    Uber lacks knowledge or information sufficient to respond to the allegations in

8

Paragraph 60 and on that basis denies those allegations.

9

61.    Uber lacks knowledge or information sufficient to respond to the allegations in

10

Paragraph 61 and on that basis denies those allegations.

11

62.    Uber lacks knowledge or information sufficient to respond to the allegations in

12

13

Paragraph 62 and on that basis denies those allegations.

14

63.    Uber lacks knowledge or information sufficient to respond to the allegations in

15

Paragraph 63 and on that basis denies those allegations.

16

64.    Uber lacks knowledge or information sufficient to respond to the allegations in

17

Paragraph 64 and on that basis denies those allegations.

18

65.    Uber lacks knowledge or information sufficient to respond to the allegations in

19

20

Paragraph 65 and on that basis denies those allegations.

21

66.    Uber lacks knowledge or information sufficient to respond to the allegations in

22

Paragraph 66 and on that basis denies those allegations.

23

67.    Admitted.

24

68.    Uber admits that subsidiaries of Uber Technologies, Inc. operate in cities

25

throughout the United States.  The remaining allegations in Paragraph 68 are denied.

26

27

28

Case No.: 4:17-cv-06571-YGR
DEFENDANT UBER TECHNOLOGIES, INC's PARTIAL ANSWER AND DEFENSES

## IV.  BACKGROUND AND FACTUAL ALLEGATIONS

### A.  Relevant Entities and the Individual Plaintiffs

#### 1.  Uber Technologies, Inc.

69.   Uber admits that Uber Technologies, Inc. is a technology company that creates and licenses the use of software applications that connect independent transportation providers with people looking for transportation. The remaining allegations in Paragraph 69 are denied.

70.   Denied as stated.

71.   Denied.

72.   Denied.

#### 2.  Uber Drivers are Transportation Agents for Uber

73.   Paragraph 73 is a legal conclusion to which no response is required.  To the extent that a response is required, Uber denies the allegations in Paragraph 73.

74.   Paragraph 74 is a legal conclusion to which no response is required.  To the extent that a response is required, Uber denies the allegations in Paragraph 74.

75.   Paragraph 75 is a legal conclusion to which no response is required.  To the extent that a response is required, Uber denies the allegations in Paragraph 75.

76.   Paragraph 76 is a legal conclusion to which no response is required.  To the extent that a response is required, Uber denies the allegations in Paragraph 76.

77.   Paragraph 77 is a legal conclusion to which no response is required.  To the extent that a response is required, Uber denies the allegations in Paragraph 77.

78.   Paragraph 78 is a legal conclusion to which no response is required.  To the extent that a response is required, Uber denies the allegations in Paragraph 78.

79.   Paragraph 79 is a legal conclusion to which no response is required.  To the extent that a response is required, Uber denies the allegations in Paragraph 79.

1    80.    Denied as stated.

2    81.    Denied as stated.

3    82.    Paragraph 82 is a legal conclusion to which no response is required.  To the extent

4    that a response is required, Uber denies the allegations in Paragraph 82.

5
6    83.    Paragraph 83 is a legal conclusion to which no response is required.  To the extent

7    that a response is required, Uber denies the allegations in Paragraph 83.

8    84.    Paragraph 84 is a legal conclusion to which no response is required.  To the extent

9    that a response is required, Uber denies the allegations in Paragraph 84.

10   85.    Paragraph 85 is a legal conclusion to which no response is required.  To the extent

11   that a response is required, Uber denies the allegations in Paragraph 85.

12
13   86.    Paragraph 86 is a legal conclusion to which no response is required.  To the extent

14   that a response is required, Uber denies the allegations in Paragraph 86.

15   87.    Paragraph 87 is a legal conclusion to which no response is required.  To the extent

16   that a response is required, Uber denies the allegations in Paragraph 87.

17        **3.    <u>Jane Doe 1</u>**

18   88.    Uber lacks knowledge or information sufficient to respond to the allegations in

19   Paragraph 88 and on that basis denies those allegations.

20
21   89.    Uber lacks knowledge or information sufficient to respond to the allegations in

22   Paragraph 89 and on that basis denies those allegations.

23   90.    Uber admits that Ms. Doe 1 had recently downloaded the Uber app.  Uber denies

24   that this was her first ride using Uber.

25   91.    Uber lacks knowledge or information sufficient to respond to the allegations in

26   Paragraph 91 and on that basis denies those allegations.

27

28

92.     Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 92 and on that basis denies those allegations.

93.     Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 93 and on that basis denies those allegations.

94.     Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 94 and on that basis denies those allegations.

95.     Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 95 and on that basis denies those allegations.

96.     Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 96 and on that basis denies those allegations.

97.     Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 97 and on that basis denies those allegations.

98.     Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 98 and on that basis denies those allegations.

99.     Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 99 and on that basis denies those allegations.

100.     Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 100 and on that basis denies those allegations.

101.     Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 101 and on that basis denies those allegations.

102.     Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 102 and on that basis denies those allegations.

103.   Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 103 and on that basis denies those allegations.

104.   Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 104 and on that basis denies those allegations.

105.   Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 105 and on that basis denies those allegations.

106.   Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 106 and on that basis denies those allegations.

107.   Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 107 and on that basis denies those allegations.

108.   Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 108 and on that basis denies those allegations.

109.   Denied as stated.  Uber admits that the words "taking the appropriate action here" were contained in a communication sent by a customer service representative to Ms. Doe 1.

110.   Denied as stated.

111.   Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 111 and on that basis denies those allegations.

112.   Denied as stated.

**4.   Jane Doe 2**

113.   Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 113 and on that basis denies those allegations.

114.   Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 114 and on that basis denies those allegations.

115.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 115 and on that basis denies those allegations.

116.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 116 and on that basis denies those allegations.

117.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 117 and on that basis denies those allegations.

118.    Denied as stated.

119.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 119 and on that basis denies those allegations.

120.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 120 and on that basis denies those allegations.

121.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 121 and on that basis denies those allegations.

122.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 122 and on that basis denies those allegations.

123.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 123 and on that basis denies those allegations.

124.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 124 and on that basis denies those allegations.

125.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 125 and on that basis denies those allegations.

126.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 126 and on that basis denies those allegations.

127.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 127 and on that basis denies those allegations.

128.    Denied as stated.

**5.      Jane Doe 3**

129.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 129 and on that basis denies those allegations.

130.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 130 and on that basis denies those allegations.

131.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 131 and on that basis denies those allegations.

132.    Denied as stated.

133.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 133 and on that basis denies those allegations.

134.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 134 and on that basis denies those allegations.

135.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 135 and on that basis denies those allegations.

136.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 136 and on that basis denies those allegations.

137.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 137 and on that basis denies those allegations.

138.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 138 and on that basis denies those allegations.

139.    Uber admits that Ms. Doe 3 was refunded the $17.81 and denies the remainder of the allegations in paragraph 139 as stated.

140.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 140 and on that basis denies those allegations.

141.    Denied as stated.

142.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 142 and on that basis denies those allegations.

143.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 143 and on that basis denies those allegations.

144.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 144 and on that basis denies those allegations.

145.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 145 and on that basis denies those allegations.

146.    Denied as stated.

### 6.    **Jane Doe 4**

147.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 147 and on that basis denies those allegations.

148.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 148 and on that basis denies those allegations.

149.    Denied as stated.

150.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 150 and on that basis denies those allegations.

151.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 151 and on that basis denies those allegations.

152.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 152 and on that basis denies those allegations.

153.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 153 and on that basis denies those allegations.

154.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 154 and on that basis denies those allegations.

155.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 155 and on that basis denies those allegations.

156.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 156 and on that basis denies those allegations.

157.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 157 and on that basis denies those allegations.

158.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 158 and on that basis denies those allegations.

159.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 159 and on that basis denies those allegations.

160.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 160 and on that basis denies those allegations.

161.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 161 and on that basis denies those allegations.

162.    Uber admits that a customer service representative stated that Uber would launch an investigation. Uber denies the remaining allegations in paragraph 162 as stated.

163.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 163 and on that basis denies those allegations.

164.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 164 and on that basis denies those allegations.

165.    Denied as stated.

### 7.    Jane Doe 5

166.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 166 and on that basis denies those allegations.

167.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 167 and on that basis denies those allegations.

168.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 168 and on that basis denies those allegations.

169.    Denied as stated.

170.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 170 and on that basis denies those allegations.

171.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 171 and on that basis denies those allegations.

172.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 172 and on that basis denies those allegations.

173.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 173 and on that basis denies those allegations.

174.   Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 174 and on that basis denies those allegations.

175.   Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 175 and on that basis denies those allegations.

176.   Denied as stated.  Uber admits that a customer service representative communicated to Ms. Doe 5: "We are committed to a safe, respectful, and comfortable experience for everyone on the Uber platform. As a result of your report, you'll no longer be matched with this driver on any future trip and furthermore we will be re-evaluating this driver's access to Uber."

177.   Denied.

178.   Denied as stated.

**8.      Jane Doe 6**

179.   Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 179 and on that basis denies those allegations.

180.   Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 180 and on that basis denies those allegations.

181.   Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 181 and on that basis denies those allegations.

182.   Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 182 and on that basis denies those allegations.

183.   Uber admits that no ride request was made from Jane Doe 6's account on December 16, 2017. Uber lacks knowledge or information sufficient to respond to the other allegations in paragraph 183 and on that basis denies those allegations.

184.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 184 and on that basis denies those allegations.

185.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 185 and on that basis denies those allegations.

186.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 186 and on that basis denies those allegations.

187.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 187 and on that basis denies those allegations.

188.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 188 and on that basis denies those allegations.

189.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 189 and on that basis denies those allegations.

190.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 190 and on that basis denies those allegations.

191.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 191 and on that basis denies those allegations.

192.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 192 and on that basis denies those allegations.

193.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 193 and on that basis denies those allegations.

194.    Denied as stated.

1

2        9.    **Jane Doe 7**

3        195.    Uber lacks knowledge or information sufficient to respond to the allegations in

Paragraph 195 and on that basis denies those allegations.

4

5        196.    Uber lacks knowledge or information sufficient to respond to the allegations in

Paragraph 196 and on that basis denies those allegations.

6

7        197.    Uber lacks knowledge or information sufficient to respond to the allegations in

8    Paragraph 197 and on that basis denies those allegations.

9        198.    Uber lacks knowledge or information sufficient to respond to the allegations in

10   Paragraph 198 and on that basis denies those allegations.

11       199.    Uber lacks knowledge or information sufficient to respond to the allegations in

12   Paragraph 199 and on that basis denies those allegations.

13

14       200.    Uber lacks knowledge or information sufficient to respond to the allegations in

15   Paragraph 200 and on that basis denies those allegations.

16       201.    Uber lacks knowledge or information sufficient to respond to the allegations in

17   Paragraph 201 and on that basis denies those allegations.

18       202.    Uber lacks knowledge or information sufficient to respond to the allegations in

19   Paragraph 202 and on that basis denies those allegations.

20

21       203.    Uber lacks knowledge or information sufficient to respond to the allegations in

22   Paragraph 203 and on that basis denies those allegations.

23       204.    Uber lacks knowledge or information sufficient to respond to the allegations in

24   Paragraph 204 and on that basis denies those allegations

25

26

27

28

-19-

205.    Uber admits that a customer service representative stated to Jane Doe 7 that future pairings with the driver would be blocked. Uber denies the remainder of the allegations in Paragraph 205 as stated.

206.    Denied as stated.

207.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 207 and on that basis denies those allegations.

208.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 208 and on that basis denies those allegations.

209.    Denied as stated.

210.    Denied as stated.

### 10.    Jane Doe 8

211.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 211 and on that basis denies those allegations.

212.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 212 and on that basis denies those allegations.

213.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 213 and on that basis denies those allegations.

214.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 214 and on that basis denies those allegations.

215.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 215 and on that basis denies those allegations.

216.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 216 and on that basis denies those allegations.

217.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 217 and on that basis denies those allegations.

218.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 218 and on that basis denies those allegations.

219.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 219 and on that basis denies those allegations.

220.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 220 and on that basis denies those allegations.

221.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 221 and on that basis denies those allegations.

222.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 222 and on that basis denies those allegations

223.    Denied as stated.  Uber admits that a customer service representative stated: "I have already refunded the trip for you in full. While I cannot tell you exactly what will happen to this partner driver, I can definitely let you know that we have taken immediate action on this driver. We will review the driver's account and decide how best to proceed. Your account shouldn't be matched with this driver again in the future."

224.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 224 and on that basis denies those allegations.

225.    Denied as stated.

    **11.    <u>Jane Doe 9</u>**

226.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 226 and on that basis denies those allegations.

227.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 227 and on that basis denies those allegations.

228.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 228 and on that basis denies those allegations.

229.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 229 and on that basis denies those allegations.

230.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 230 and on that basis denies those allegations.

231.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 231 and on that basis denies those allegations.

232.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 232 and on that basis denies those allegations.

233.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 233 and on that basis denies those allegations.

234.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 234 and on that basis denies those allegations.

235.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 235 and on that basis denies those allegations.

236.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 236 and on that basis denies those allegations.

237.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 237 and on that basis denies those allegations.

238.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 238 and on that basis denies those allegations.

239.    Uber lacks knowledge or information sufficient to respond to the allegations in Paragraph 239 and on that basis denies those allegations.

240.    Denied as stated. Uber admits that Jane Doe 9 was refunded the $5 cancellation fee and that a customer service representative stated that Uber would conduct an investigation.

241.    Denied as stated.

242.    Denied as stated.

**B.    Relevant Social Climate**

**1.    #MeToo Campaign**

243.    The allegations in Paragraph 243 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

244.    The allegations in Paragraph 244 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

245.    The allegations in Paragraph 245 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

246.    The allegations in Paragraph 246 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

247.    Denied as stated.

**2.    Terrorist Attack in Manhattan on October 31, 2017**

248.    The allegations in Paragraph 248 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

249.    The allegations in Paragraph 249 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

250.    The allegations in Paragraph 250 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

251.    The allegations in Paragraph 251 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

252.    The allegations in Paragraph 252 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

253.    The allegations in Paragraph 253 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

254.    Denied.

**C.      Uber's Inadequate And Carless Background Checking Process: Willful Blindness In Hiring And Supervising Drivers**

255.    The allegations in Paragraph 255 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

256.    The allegations in Paragraph 256 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

257.    The allegations in Paragraph 257 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

258.    The allegations in Paragraph 258 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

259.    The allegations in Paragraph 259 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

260.    The allegations in Paragraph 260 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

261.    The allegations in Paragraph 261 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

262.    The allegations in Paragraph 262 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

263.    The allegations in Paragraph 263 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

264.    The allegations in Paragraph 264 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

265.    The allegations in Paragraph 265 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

266.    The allegations in Paragraph 266 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

267.    The allegations in Paragraph 267 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

268.    The allegations in Paragraph 268 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

269.    The allegations in Paragraph 269 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

270.    The allegations in Paragraph 270 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

271.    The allegations in Paragraph 271 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

272.     The allegations in Paragraph 272 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

**D.     Uber's Deficient Background Checks Exposed By Massachusetts, Maryland And Colorado Regulators**

273.     The allegations in Paragraph 273 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required. To the extent a response is required, the allegations in Paragraph 273 are denied as stated.

**1.     Massachusetts Exposes More Than 8,000 Uber Drivers with Criminal Histories**

274.     The allegations in Paragraph 274 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

275.     The allegations in Paragraph 275 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

276.     The allegations in Paragraph 276 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

277.     The allegations in Paragraph 277 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

**2.     Maryland Exposes Uber's Deficient Background Screening**

278.     The allegations in Paragraph 278 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

279.     The allegations in Paragraph 279 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

280.     The allegations in Paragraph 280 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

281.    The allegations in Paragraph 281 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

**3.      Colorado Penalizes Uber $8.9 Million For Allowing Drivers with Criminal Backgrounds to Drive on the App**

282.    The allegations in Paragraph 282 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

283.    The allegations in Paragraph 283 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

**E.      Uber Makes Material Misrepresentations To Passengers That It Provides The "Safest Rides On The Road"**

284.    Denied as stated.

285.    The allegations in Paragraph 285 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

286.    The allegations in Paragraph 286 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

287.    The allegations in Paragraph 287 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

288.    The allegations in Paragraph 288 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

289.    The allegations in Paragraph 289 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

290.    The allegations in Paragraph 290 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

291.    The allegations in Paragraph 291 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

292.    Denied as stated.

293.    The allegations in Paragraph 293 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

**F.     The Number Of Reported Incidents Of Sexual And Other Assaults By Uber Drivers, Largely Against Female Passengers, Reveals Systemic Deficiencies <u>Regarding Uber's Safety Measures Concerning Drivers</u>**

294.    The allegations in Paragraph 294 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

295.    The allegations in Paragraph 295 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

296.    The allegations in Paragraph 296 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

297.    The allegations in Paragraph 297 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

298.    The allegations in Paragraph 298 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

299.    The allegations in Paragraph 299 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

300.    The allegations in Paragraph 300 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

**G.     <u>Uber Targets Intoxicated Passengers</u>**

301.    The allegations in Paragraph 301 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

302.    The allegations in Paragraph 302 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

303.     The allegations in Paragraph 303 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

304.     The allegations in Paragraph 304 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

305.     The allegations in Paragraph 305 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

306.     The allegations in Paragraph 306 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

307.     The allegations in Paragraph 307 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

**H.     Uber Misleads Consumers About Insurance Coverage**

308.     The allegations in Paragraph 308 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

309.     The allegations in Paragraph 309 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

310.     The allegations in Paragraph 310 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

311.     The allegations in Paragraph 311 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

312.     The allegations in Paragraph 312 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

313.     The allegations in Paragraph 313 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

314.    The allegations in Paragraph 314 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

315.    The allegations in Paragraph 315 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

316.    The allegations in Paragraph 316 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

317.    The allegations in Paragraph 317 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

318.    The allegations in Paragraph 318 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

319.    The allegations in Paragraph 319 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

320.    The allegations in Paragraph 320 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

321.    The allegations in Paragraph 321 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

322.    The allegations in Paragraph 322 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

323.    The allegations in Paragraph 323 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

324.    The allegations in Paragraph 324 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

325.    The allegations in Paragraph 325 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

326.    The allegations in Paragraph 326 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

327.    The allegations in Paragraph 327 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

328.    The allegations in Paragraph 328 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

329.    The allegations in Paragraph 329 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

330.    The allegations in Paragraph 330 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

**I.      Uber Drivers Are Uber Employees**

331.    Denied.

332.    Denied.

333.    Denied as stated.

334.    Denied.

335.    Denied as stated.

336.    Uber admits that independent transportation providers pay a service fee in consideration for use of the services. The remaining allegations in Paragraph 336 are denied.

337.    Denied.

338.    Denied as stated.

339.    Denied as stated.

340.    Denied as stated. Drivers who use the Uber app are independent contractors.

**J.      Uber's Perpetration Of Fraud And Misleading Advertising**

341.    The allegations in Paragraph 341 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

342.    The allegations in Paragraph 342 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

343.    The allegations in Paragraph 343 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

344.    The allegations in Paragraph 344 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

345.    The allegations in Paragraph 345 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

346.    The allegations in Paragraph 346 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

347.    The allegations in Paragraph 347 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

348.    The allegations in Paragraph 348 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

349.    The allegations in Paragraph 349 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

350.    The allegations in Paragraph 350 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

351.     The allegations in Paragraph 351 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

352.     The allegations in Paragraph 352 are irrelevant to the claim in Count III of the Complaint and are improper under the *Noerr-Pennington* doctrine, and no response to those allegations is required.

353.     The allegations in Paragraph 353 are irrelevant to the claim in Count III of the Complaint and improper under the *Noerr-Pennington* doctrine, and no response to those allegations is required.

354.     The allegations in Paragraph 354 are irrelevant to the claim in Count III of the Complaint and improper under the *Noerr-Pennington* doctrine, and no response to those allegations is required.

355.     The allegations in Paragraph 355 are irrelevant to the claim in Count III of the Complaint and improper under the *Noerr-Pennington* doctrine, and no response to those allegations is required.

356.     The allegations in Paragraph 356 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

357.     The allegations in Paragraph 357 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

**K.     Time's Up For Forced Arbitration On Survivors Of Sexual Violence**

358.     The allegations in Paragraph 358 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

359.     The allegations in Paragraph 359 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

-33-

360.    The allegations in Paragraph 360 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

361.    The allegations in Paragraph 361 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

362.    The allegations in Paragraph 362 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

363.    The allegations in Paragraph 363 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

364.    The allegations in Paragraph 364 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

365.    The allegations in Paragraph 365 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

**1.    Uber Believes That Female Passengers Think Rape During An Uber Ride Is A Foreseeable, Likely Event**

366.    The allegations in Paragraph 366 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

367.    The allegations in Paragraph 367 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

368.    The allegations in Paragraph 368 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

369.    The allegations in Paragraph 369 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

370.    The allegations in Paragraph 370 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

371.    The allegations in Paragraph 371 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

372.    The allegations in Paragraph 372 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

373.    The allegations in Paragraph 373 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

374.    The allegations in Paragraph 374 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

375.    The allegations in Paragraph 375 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

376.    The allegations in Paragraph 376 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

377.    The allegations in Paragraph 377 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

> **2.    Pursuant to Basic Contract Principles, Users of the Uber App Do Not Assent to Arbitrate Crimes of Rape, Sexual Assault, Sexual Battery or <u>Gender-Motivated Violence</u>**

378.    The allegations in Paragraph 378 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

379.    The allegations in Paragraph 379 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

380.    The allegations in Paragraph 380 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

381.    The allegations in Paragraph 381 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

382.    The allegations in Paragraph 382 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

383.    The allegations in Paragraph 383 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

384.    The allegations in Paragraph 384 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

**3.    Thousands Of Passengers Are Transported By Uber Without The Use Of Their Own App – These Passengers Have No Agreement With Uber**

385.    The allegations in Paragraph 385 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

386.    The allegations in Paragraph 386 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

387.    The allegations in Paragraph 387 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

388.    The allegations in Paragraph 388 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

389.    The allegations in Paragraph 389 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

1

**L.      Terms And Conditions Of The Uber App**

2

       **1.      Consumers, Including Plaintiffs, Were Not Required to or Asked to**

3

              **Read the Terms and Conditions of the App**

4

390.    The allegations in Paragraph 390 are irrelevant to the claim in Count III of the

5

Complaint, and no response to those allegations is required.

6

391.    The allegations in Paragraph 391 are irrelevant to the claim in Count III of the

7

Complaint, and no response to those allegations is required.

8

392.    The allegations in Paragraph 392 are irrelevant to the claim in Count III of the

9

10

Complaint, and no response to those allegations is required.

11

393.    The allegations in Paragraph 393 are irrelevant to the claim in Count III of the

12

Complaint, and no response to those allegations is required.

13

394.    The allegations in Paragraph 394 are irrelevant to the claim in Count III of the

14

Complaint, and no response to those allegations is required.

15

395.    The allegations in Paragraph 395 are irrelevant to the claim in Count III of the

16

17

Complaint, and no response to those allegations is required.

18

396.    The allegations in Paragraph 396 are irrelevant to the claim in Count III of the

19

Complaint, and no response to those allegations is required.

20

397.    The allegations in Paragraph 397 are irrelevant to the claim in Count III of the

21

Complaint, and no response to those allegations is required.

22

398.    The allegations in Paragraph 398 are irrelevant to the claim in Count III of the

23

Complaint, and no response to those allegations is required.

24

25

399.    The allegations in Paragraph 399 are irrelevant to the claim in Count III of the

26

Complaint, and no response to those allegations is required.

27

28

1

2

**2.      Uber Designed its App so Consumers Could Quickly Scroll Through and Enter Their Credit Card Information in Minutes**

3

400.    The allegations in Paragraph 400 are irrelevant to the claim in Count III of the

4

Complaint, and no response to those allegations is required.

5

401.    The allegations in Paragraph 401 are irrelevant to the claim in Count III of the

6

Complaint, and no response to those allegations is required.

7

402.    The allegations in Paragraph 402 are irrelevant to the claim in Count III of the

8

Complaint, and no response to those allegations is required.

9

10

403.    The allegations in Paragraph 403 are irrelevant to the claim in Count III of the

11

Complaint, and no response to those allegations is required.

12

404.    The allegations in Paragraph 404 are irrelevant to the claim in Count III of the

13

Complaint, and no response to those allegations is required.

14

405.    The allegations in Paragraph 405 are irrelevant to the claim in Count III of the

15

Complaint, and no response to those allegations is required.

16

17

406.    The allegations in Paragraph 406 are irrelevant to the claim in Count III of the

18

Complaint, and no response to those allegations is required.

19

407.    The allegations in Paragraph 407 are irrelevant to the claim in Count III of the

20

Complaint, and no response to those allegations is required.

21

408.    The allegations in Paragraph 408 are irrelevant to the claim in Count III of the

22

Complaint, and no response to those allegations is required.

23

24

409.    The allegations in Paragraph 409 are irrelevant to the claim in Count III of the

25

Complaint, and no response to those allegations is required.

26

410.    The allegations in Paragraph 410 are irrelevant to the claim in Count III of the

27

Complaint, and no response to those allegations is required.

28

411.    The allegations in Paragraph 411 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

412.    The allegations in Paragraph 412 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

### 3.    Jane Does Did Not Agree to the Terms and Conditions of the Uber App

413.    The allegations in Paragraph 413 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

414.    The allegations in Paragraph 414 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

415.    The allegations in Paragraph 415 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

416.    The allegations in Paragraph 416 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

417.    The allegations in Paragraph 417 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

418.    The allegations in Paragraph 418 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

419.    The allegations in Paragraph 419 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

420.    The allegations in Paragraph 420 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

421.    The allegations in Paragraph 421 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

422.     The allegations in Paragraph 422 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

423.     The allegations in Paragraph 423 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

424.     The allegations in Paragraph 424 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

425.     The allegations in Paragraph 425 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

426.     The allegations in Paragraph 426 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

427.     The allegations in Paragraph 427 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

428.     The allegations in Paragraph 428 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

429.     The allegations in Paragraph 429 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

430.     The allegations in Paragraph 430 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

431.     The allegations in Paragraph 431 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

432.     The allegations in Paragraph 432 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

433.     The allegations in Paragraph 433 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

434.     The allegations in Paragraph 434 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

435.     The allegations in Paragraph 435 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

436.     The allegations in Paragraph 436 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

**4.     Because Consumers Never Assented to the Terms and Conditions of the Uber App, They are Not Binding**

437.     The allegations in Paragraph 437 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

438.     The allegations in Paragraph 438 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

439.     The allegations in Paragraph 439 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

440.     The allegations in Paragraph 440 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

441.     The allegations in Paragraph 441 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

442.     The allegations in Paragraph 442 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

1

2

**5.      Uber Retained the Right to Unilaterally Change the Terms and Conditions of the App**

3

443.     The allegations in Paragraph 443 are irrelevant to the claim in Count III of the

4

Complaint, and no response to those allegations is required.

5

444.     The allegations in Paragraph 444 are irrelevant to the claim in Count III of the

6

Complaint, and no response to those allegations is required.

7

445.     The allegations in Paragraph 445 are irrelevant to the claim in Count III of the

8

Complaint, and no response to those allegations is required.

9

10

446.     The allegations in Paragraph 446 are irrelevant to the claim in Count III of the

11

Complaint, and no response to those allegations is required.

12

447.     The allegations in Paragraph 447 are irrelevant to the claim in Count III of the

13

Complaint, and no response to those allegations is required.

14

448.     The allegations in Paragraph 448 are irrelevant to the claim in Count III of the

15

Complaint, and no response to those allegations is required.

16

17

449.     The allegations in Paragraph 449 are irrelevant to the claim in Count III of the

18

Complaint, and no response to those allegations is required..

19

**V.      CLASS ACTION ALLEGATIONS**

20

450.     The allegations in Paragraph 450 are irrelevant to the claim in Count III of the

21

Complaint, and no response to those allegations is required.

22

451.     The allegations in Paragraph 451 are irrelevant to the claim in Count III of the

23

Complaint, and no response to those allegations is required.

24

25

452.     The allegations in Paragraph 452 are irrelevant to the claim in Count III of the

26

Complaint, and no response to those allegations is required.

27

28

453.    The allegations in Paragraph 453 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

454.    The allegations in Paragraph 454 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

455.    The allegations in Paragraph 455 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

456.    The allegations in Paragraph 456 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

457.    The allegations in Paragraph 457 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

458.    The allegations in Paragraph 458 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

459.    The allegations in Paragraph 459 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

### FIRST CAUSE OF ACTION
**(Unfair Fraudulent and Unfair Business Practices Act,
California Business and Professional Code §§ 17200, *et seq.*)
*On Behalf of Plaintiffs and Proposed Class Members***

460.    The allegations in Paragraph 460 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

461.    The allegations in Paragraph 461 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

462.    The allegations in Paragraph 462 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

463.    The allegations in Paragraph 463 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

464.    The allegations in Paragraph 464 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

465.    The allegations in Paragraph 465 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

466.    The allegations in Paragraph 466 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

467.    The allegations in Paragraph 467 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

468.    The allegations in Paragraph 468 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

469.    The allegations in Paragraph 469 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

470.    The allegations in Paragraph 470 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

### SECOND CAUSE OF ACTION
**(Violation of the Consumer Legal Remedies Act ("CLRA"),**
**Cal. Civ. Code § 1750, *et seq.*)**
***On Behalf of Plaintiffs and Proposed Class Members***

471.    The allegations in Paragraph 471 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

472.    The allegations in Paragraph 472 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

473.    The allegations in Paragraph 473 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

474.    The allegations in Paragraph 474 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

475.    The allegations in Paragraph 475 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

476.    The allegations in Paragraph 476 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

477.    The allegations in Paragraph 477 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

478.    The allegations in Paragraph 478 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

479.    The allegations in Paragraph 479 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

480.    The allegations in Paragraph 480 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

481.    The allegations in Paragraph 481 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

482.    The allegations in Paragraph 482 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

483.    The allegations in Paragraph 483 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

484.    The allegations in Paragraph 484 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

485.    The allegations in Paragraph 485 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

486.    The allegations in Paragraph 486 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

487.    The allegations in Paragraph 487 are irrelevant to the claim in Count III of the Complaint, and no response to those allegations is required.

## THIRD CAUSE OF ACTION
### (Assault & Battery)
*On Behalf of Jane Doe 1, Jane Doe 2, Jane Doe 3, Jane Doe 4,*
*Jane Doe 5, Jane Doe 6, Jane Doe 7, Jane Doe 8 and Jane Doe 9, Individually*

488.    Paragraph 488 is a legal conclusion to which no response is required.  To the extent that a response is required, Uber denies the allegations in Paragraph 488.

489.    Paragraph 489 is a legal conclusion to which no response is required.  To the extent that a response is required, Uber denies the allegations in Paragraph 489.

490.    Paragraph 490 is a legal conclusion to which no response is required.  To the extent that a response is required, Uber denies the allegations in Paragraph 490.

491.    Paragraph 491 is a legal conclusion to which no response is required.  To the extent that a response is required, Uber denies the allegations in Paragraph 491.

492.    Paragraph 492 is a legal conclusion to which no response is required.  To the extent that a response is required, Uber denies the allegations in Paragraph 492.

493.    Paragraph 493 is a legal conclusion to which no response is required.  To the extent that a response is required, Uber denies the allegations in Paragraph 493.

494.    Paragraph 494 is a legal conclusion to which no response is required.  To the extent that a response is required, Uber denies the allegations in Paragraph 494.

495.    Paragraph 495 is a legal conclusion to which no response is required.  To the extent that a response is required, Uber denies the allegations in Paragraph 495.

## AFFIRMATIVE DEFENSES

Uber has not completed its investigation of the facts of this case, has not completed discovery in this matter, and has not completed preparation for trial. The affirmative defenses asserted herein are based on Uber's current knowledge, information, and belief, and Uber reserves the right to modify, amend, or supplement any affirmative defenses contained herein at any time. Uber reserves the right to assert additional defenses as information is gathered through discovery and investigation. In asserting these defenses, Uber does not allege or admit that it has the burden of proof and/or persuasion with respect to any of these matters, and does not assume the burden of proof and/or persuasion with respect to any matter as to which Plaintiff has the burden of proof or persuasion.

## FIRST DEFENSE

The Complaint fails to state a claim on which relief can be granted.

## SECOND DEFENSE

The Complaint as a whole, and each purported cause of action alleged therein, is barred in whole or in part by the applicable statute of limitations, including without limitation Code of Civil Procedure § 340 *et seq.* and California Government Code §§ 12940 *et seq.*

## THIRD DEFENSE

Plaintiffs lack standing to assert the cause of action alleged in the Complaint. Plaintiffs also lack standing to pursue the relief sought in the Complaint.

## FOURTH DEFENSE

-47-

The equitable relief requested in the Complaint is barred because Plaintiffs have adequate remedies at law and/or equitable relief is neither necessary nor proper.

**FIFTH DEFENSE**

Plaintiffs' cause of action is barred from recovery for any alleged damages because of and to the extent of their failure to mitigate damages.

**SIXTH DEFENSE**

Any loss, injury, or damage purportedly incurred by Plaintiffs were proximately caused by acts or omissions of persons whom the defendant neither controlled nor had the right to control and were not proximately caused by any act, omission, or other conduct of the defendant.

**SEVENTH DEFENSE**

The Complaint is barred, in whole or in part, by the *Noerr-Pennington* doctrine.

**<u>PRAYER FOR RELIEF</u>**

WHEREFORE, Uber prays for judgment as follows:

1.    That Plaintiffs takes nothing by virtue of its Complaint and that Plaintiffs request for damages, injunctive relief, costs, attorneys' fees, and expenses be denied;

2.    That the Court render judgment in favor of Uber and dismiss the Complaint with prejudice;

3.    That the Court award Defendant its reasonable costs and expenses incurred herein;

4.    For such other and further relief as the Court deems just and proper.

1

## JURY DEMAND

2

      Uber hereby demands a trial by jury on the cause of action pleaded in Count III of the

3

Complaint.

4

5

DATED: May 15, 2018             **PERKINS COIE LLP**

6

                By: /s/ Bobbie J. Wilson

7

                    Bobbie J. Wilson, Bar No. 148317

8

                    Attorneys for Defendant
                    UBER TECHNOLOGIES, INC.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No.: 4:17-cv-06571-YGR
DEFENDANT UBER TECHNOLOGIES, INC's PARTIAL ANSWER AND DEFENSES