# Exhibit 1

| | |
|---|---|
| 1 | JEANNE M. CHRISTENSEN (NY SBN 2622124) |
| 2 | (Admitted *pro hac vice*)<br>Kenneth D. Walsh (NY SBN 5044086) |
| 3 | (Admitted *pro hac vice*)<br>**WIGDOR LLP** |
| 4 | 85 Fifth Avenue, Fifth Floor<br>New York, NY 10003 |
| 5 | Tel.: (212) 257-6800 |
| 6 | Fax: (212) 257-6845<br>jchristensen@wigdorlaw.com |
| 7 | kwalsh@wigdorlaw.com |

JAMIE C. COUCHE (SBN 252001)
**ANDERSON & POOLE, P.C.**
601 California Street, Suite 1300
San Francisco, CA 94108
Tel.: (415) 956-6413
Fax: (415) 956-6416
jcouche@adplaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, JANE DOE 5, JANE DOE 6, JANE DOE 7, JANE DOE 8, and JANE DOE 9, *on behalf of themselves individually and on behalf of a proposed Class of similarly-situated individuals*,<br><br>Plaintiffs,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No.: 4:17-cv-06571 (YGR)<br><br>**DECLARATION OF JANE DOE 1 IN OPPOSITION TO UBER TECHNOLOGIES, INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Date: June 26, 2018<br>Time: 2:00 p.m.<br><br>Judge Yvonne Gonzalez Rogers<br>Oakland Courthouse, Courtroom 1 |

Page **1** of **2**

*Declaration of Jane Doe 1 in Opposition to*          *Doe v. Uber Technologies, Inc.*
*Uber's Motion to Compel Arbitration*                  *Case No.: 4:17-cv-06571(YGR)*

I, **JANE DOE 1**, hereby submit this declaration in opposition to Defendant Uber Technologies, Inc.'s ("Uber") Motion to Compel Arbitration. In support of this declaration, I state as follows:

1. I have personal knowledge of the facts stated in this Declaration, and if called as a witness, I could and would competently and truthfully testify thereto.

2. I registered for an Uber account in approximately October 2016.

3. When I created my Uber account, I do not recall seeing a "Terms of Service & Privacy Policy" hyperlink at any point during the registration process, and therefore never clicked on a hyperlink containing the Terms and Conditions.

4. I never received or reviewed an arbitration provision, and I never agreed to arbitrate any claims that I may have against Uber.

5. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 29, 2018

                                                                                         /s/ *Jane Doe 1*
                                                                                         JANE DOE 1

Page **2** of **2**
*Declaration of Jane Doe 1 in Opposition to*        *Doe v. Uber Technologies, Inc.*
*Uber's Motion to Compel Arbitration*        *Case No.: 4:17-cv-06571(YGR)*