# Exhibit 9

JEANNE M. CHRISTENSEN (NY SBN 2622124)
(Admitted *pro hac vice*)
Kenneth D. Walsh (NY SBN 5044086)
(Admitted *pro hac vice*)
**WIGDOR LLP**
85 Fifth Avenue, Fifth Floor
New York, NY 10003
Tel.: (212) 257-6800
Fax: (212) 257-6845
jchristensen@wigdorlaw.com
kwalsh@wigdorlaw.com

JAMIE C. COUCHE (SBN 252001)
**ANDERSON & POOLE, P.C.**
601 California Street, Suite 1300
San Francisco, CA 94108
Tel.: (415) 956-6413
Fax: (415) 956-6416
jcouche@adplaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, JANE DOE 5, JANE DOE 6, JANE DOE 7, JANE DOE 8, and JANE DOE 9, *on behalf of themselves individually and on behalf of a proposed Class of similarly-situated individuals*,<br><br>Plaintiffs,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No.: 4:17-cv-06571 (YGR)<br><br>**DECLARATION OF JANE DOE 9 IN OPPOSITION TO UBER TECHNOLOGIES, INC.'S MOTION TO COMPEL ARBITRATION**<br><br>Date: June 26, 2018<br>Time: 2:00 p.m.<br><br>Judge Yvonne Gonzalez Rogers<br>Oakland Courthouse, Courtroom 1 |

Page **1** of **2**

*Declaration of Jane Doe 9 in Opposition to*   *Doe v. Uber Technologies, Inc.*
*Uber's Motion to Compel Arbitration*   *Case No.: 4:17-cv-06571(YGR)*

I, **JANE DOE 9**, hereby submit this declaration in opposition to Defendant Uber Technologies, Inc.'s ("Uber") Motion to Compel Arbitration. In support of this declaration, I state as follows:

1. I have personal knowledge of the facts stated in this Declaration, and if called as a witness, I could and would competently and truthfully testify thereto.

2. I registered for an Uber account in approximately September 2015.

3. When I created my Uber account, I do not recall seeing a "Terms of Service & Privacy Policy" hyperlink at any point during the registration process, and therefore never clicked on a hyperlink containing the Terms and Conditions.

4. I never received or reviewed an arbitration provision, and I never agreed to arbitrate any claims that I may have against Uber.

5. On October 15, 2017, I ordered an Uber, but my phone died before the driver arrived.

6. Although a man with an Uber logo in his windshield picked me up and stated that he was my driver, I later learned that he was not actually the driver with whom I had been paired and that he was not logged into to the Uber app as a driver at the time he picked me up.

7. Upon restarting my phone, I saw that I had two voicemails and a cancelled ride from my actual Uber driver.

8. I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 29, 2018

                                             /s/ *Jane Doe 9*
                                             JANE DOE 9

Page **2** of **2**

*Declaration of Jane Doe 9 in Opposition to*                    *Doe v. Uber Technologies, Inc.*
*Uber's Motion to Compel Arbitration*                               *Case No.: 4:17-cv-06571(YGR)*