UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANE DOE 1, ET AL.,**<br>    Plaintiffs**,**<br>vs.<br>**UBER TECHNOLOGIES, INC.,**<br>    Defendant**.** | CASE NO. 17-cv-06571-YGR<br>**ORDER VACATING HEARING ON MOTION TO COMPEL ARBITRATION**<br>Re: Dkt. No. 51 |

The hearing on defendant's motion to compel arbitration (Dkt. No. 51), currently set for June 26, 2018 (a date on which the Court is unavailable), is **VACATED**. Should the Court determine that oral argument is necessary, it will set a hearing by further notice.

**IT IS SO ORDERED.**

Dated: June 13, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**