JEANNE M. CHRISTENSEN (NY SBN 2622124)
(Admitted *pro hac vice)*
KENNETH D. WALSH (NY SBN 5044086)
(Admitted *pro hac vice*)
**WIGDOR LLP**
85 Fifth Avenue, Fifth Floor
New York, NY 10003
Tel.: (212) 257-6800
Fax: (212) 257-6845
jchristensen@wigdorlaw.com
kwalsh@wigdorlaw.com

JAMIE C. COUCHE (SBN 252001)
**ANDERSON & POOLE, P.C.**
601 California Street, Suite 1300
San Francisco, CA 94108
Tel.: (415) 956-6413
Fax: (415) 956-6416
jcouche@adplaw.com

Attorneys for Plaintiffs,

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, JANE DOE 5, JANE DOE 6, JANE DOE 7, JANE DOE 8, and JANE DOE 9, *on behalf of themselves individually and on behalf of a proposed Class of similarly-situated individuals*,<br><br>Plaintiffs,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No.: 4:17-cv-06571 (YGR)<br><br>**STIPULATION AND [PROPOSED] ORDER TO STAY ACTION PENDING MEDIATION** |

      Pursuant to Civil Local Rule 6, Plaintiffs Jane Does 1–9 ("Plaintiffs") and Defendant

Uber Technologies, Inc. ("Uber"), (collectively "the parties"), by and through their respective

attorneys, submit this stipulation to respectfully request an order stating that the action is stayed for sixty (60) days to allow the parties to engage in discussions regarding a potential resolution. The parties will update the Court on the status of their progress and the continued propriety of the stay no later than 45 days from the date of the Order.

                    Respectfully submitted,

Dated: July 10, 2018          **WIGDOR LLP**

By: _____
      Jeanne M. Christensen
      Attorneys for Plaintiffs and the Proposed Class

Dated: July 10, 2018          **PERKINS COIE LLP**

By:    */s/Bobbie J. Wilson*
      Bobbie J. Wilson
      Attorneys for Defendant

### **ATTESTATION OF CONCURRENCE**

I, Jeanne M. Christensen, as the ECF user and filer of this document, attest pursuant to N.D. Cal. Civil L.R. 5-1(i)(3) that concurrence in the filing of this document has been obtained from counsel for Defendant.

Dated: July 10, 2018
      New York, New York

By: _____
      JEANNE M. CHRISTENSEN, ESQ.

### [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____          _____
                                                                            Hon. Yvonne Gonzalez Rogers
                                                                            United States District Court Judge