# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANE DOE 1, ET AL.,** Plaintiffs, vs. **UBER TECHNOLOGIES, INC.,** Defendant. | CASE NO. 17-cv-06571-YGR<br>**ORDER GRANTING STIPULATION TO STAY PENDING MEDIATION; SETTING COMPLIANCE HEARING**<br>Re: Dkt. No. 57 |

The parties' stipulation to stay action pending mediation is **GRANTED**.

This matter is **SET** for a compliance hearing re: status of mediation and stay for **August 31, 2018**, on the Court's 9:01 a.m. calendar. The parties shall file a joint status statement no later than **August 24, 2018**, regarding the status of the settlement discussions and the continued propriety of the stay. If the parties' statement is filed timely and the Court is satisfied with the statement, the compliance hearing will be vacated.

**IT IS SO ORDERED.**

Dated: July 11, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**