# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Jeanne M. Christensen**
jchristensen@wigdorlaw.com

August 23, 2018

**VIA ECF**

The Honorable Yvonne Gonzalez Rogers
United States District Judge
Northern District of California
1301 Clay Street, Courtroom 1 – 4th Floor
Oakland, CA 94612

    Re:    <u>Doe 1, *et al.* v. Uber Technologies, Inc.; No. 17-cv-06571 (YGR)</u>

Dear Judge Gonzalez Rogers:

We represent Plaintiffs in the above-referenced matter and, together with Defendant Uber Technologies, Inc., we write to provide Your Honor with a joint status statement in accordance with the Court's July 11, 2018 Order staying this action pending mediation and scheduling a further compliance hearing for August 31, 2018 (the "Stay Order"). *See* Dkt. No. 58.

Since the Court's Stay Order, the parties have diligently worked toward resolving this matter without the need for further judicial intervention. Specifically, the parties have exchanged substantial amounts of relevant documents on a rolling and ongoing basis, including, *inter alia*, medical records, police reports and other investigatory materials, and have met and conferred – both in person and telephonically – in order to further advance settlement discussions. While the parties have not engaged a mediator or scheduled a date for formal mediation, based upon the progress made to date, the parties remain optimistic in their ability to resolve this matter without outside assistance, thereby avoiding the expense and burden of engaging a private mediator to mediate claims at various locations across the country. To that end, the parties anticipate exchanging additional documents and have scheduled further substantive discussions for the coming days and weeks.

In light of the progress made to date and the ongoing interest in resolving this action, the parties respectfully request that the Court extend the stay for an additional 60 days, adjourn the compliance hearing presently scheduled for August 31, 2018, and allow the parties to update the Court on the status of their progress and the continued propriety of the stay no later than 45 days from the date of the Court's Order.

We thank Your Honor for the Court's time and attention to this matter.

Respectfully submitted,

*Jeanne Christensen*

Jeanne M. Christensen

cc:    Counsel of Record (*via* ECF)