# WIGDOR LLP
ATTORNEYS AND COUNSELORS AT LAW

85 FIFTH AVENUE
NEW YORK, NY 10003
TEL 212.257.6800
FAX 212.257.6845
WWW.WIGDORLAW.COM

**Jeanne M. Christensen**
jchristensen@wigdorlaw.com

October 23, 2018

**VIA ECF**

The Honorable Yvonne Gonzalez Rogers
United States District Judge
Northern District of California
1301 Clay Street, Courtroom 1 – 4th Floor
Oakland, CA 94612

Re:   Doe 1, *et al.* v. Uber Technologies, Inc.; No. 17-cv-06571 (YGR)

Dear Judge Gonzalez Rogers:

We represent Plaintiffs in the above-referenced matter and, jointly with Defendant Uber Technologies, Inc., the parties write to provide Your Honor with a status statement pursuant to the Court's August 27, 2018 Order continuing the stay in this action and scheduling a further compliance hearing for October 26, 2018 (the "Continuance Order"). *See* Dkt. No. 60. The parties have made further substantial progress towards resolving Plaintiffs' claims and anticipate being able to submit a stipulation of discontinuance within 45 days. Therefore, the parties respectfully request that the Court extend the stay for an additional 60 days, adjourn the compliance hearing presently scheduled for October 26, 2018, and allow the parties to either submit a stipulation of discontinuance or, in the alternative, update the Court on the status of their progress and the continued propriety of the stay no later than 45 days from the date of the Court's Order.

We thank Your Honor for the Court's time and attention to this matter.

Respectfully submitted,

*/s/ Jeanne Christensen*
Jeanne M. Christensen

cc:   Counsel of Record (*via* ECF)