# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JANE DOE 1, ET AL.,** Plaintiffs, vs. **UBER TECHNOLOGIES, INC.,** Defendant. | CASE NO. 17-cv-06571-YGR<br><br>**ORDER CONTINUING COMPLIANCE HEARING**<br><br>Re: Dkt. No. 59 |

The Court is in receipt of the joint status statement of the parties filed October 23, 2018. In light thereof, the compliance hearing re: status of stay, currently set for October 26, 2018, is **CONTINUED** to **December 21, 2018**, on the Court's 9:01 a.m. calendar. The parties shall file a joint status statement or "stipulation of discontinuance" no later than **December 14, 2018**, regarding the status of the case and the continued propriety of the stay. If the parties' statement is filed timely and the Court is satisfied with the statement, the compliance hearing will be vacated.

**IT IS SO ORDERED.**

Dated: October 23, 2018

_____
**YVONNE GONZALEZ ROGERS**
**UNITED STATES DISTRICT COURT JUDGE**