JEANNE M. CHRISTENSEN (NY SBN 2622124)
KENNETH D. WALSH (NY SBN 5044086)
(Admitted *pro hac vice*)
**WIGDOR LLP**
85 Fifth Avenue, Fifth Floor
New York, NY 10003
Tel.: (212) 257-6800
Fax: (212) 257-6845
jchristensen@wigdorlaw.com
kwalsh@wigdorlaw.com

JAMIE C. COUCHE (SBN 252001)
**ANDERSON & POOLE, P.C.**
601 California Street, Suite 1300
San Francisco, CA 94108
Tel.: (415) 956-6413
Fax: (415) 956-6416
jcouche@adplaw.com

Attorneys for Plaintiffs,
**JANE DOE 1 through JANE DOE 9**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, JANE DOE 5, JANE DOE 6, JANE DOE 7, JANE DOE 8, and JANE DOE 9, *on behalf of themselves individually and on behalf of a proposed Class of similarly-situated individuals*,<br><br>Plaintiffs,<br><br>vs.<br><br>UBER TECHNOLOGIES, INC.,<br><br>Defendant. | Case No.: 4:17-cv-06571 (YGR)<br><br>**STIPULATION OF DISMISSAL**<br>**WITH PREJUDICE** |

It is hereby stipulated and agreed, by and between Plaintiffs Jane Doe 1 through Jane Doe 9 and Defendant Uber Technologies, Inc. ("Uber") that:

1. The above-entitled action be and hereby is dismissed and discontinued in its entirety with prejudice and without costs or attorneys' fees to any party as against any other party.

Respectfully submitted,

Dated: December 13, 2018        **WIGDOR LLP**

By:   /s/ *Jeanne M. Christensen*
      Jeanne M. Christensen
      Attorneys for Plaintiffs

Dated: December 13, 2018        **PERKINS COIE LLP**

By:   /s/ *Bobbie J. Wilson*
      Bobbie J. Wilson
      Attorneys for Defendant

### ATTESTATION OF CONCURRENCE

I, Jeanne M. Christensen, as the ECF user and filer of this document, attest pursuant to N.D. Cal. Civil L.R. 5-1(i)(3) that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: December 13, 2018
       New York, New York

By:   /s/ Jeanne M. Christensen
      JEANNE M. CHRISTENSEN, ESQ.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____                    _____
                                                           Hon. Yvonne Gonzalez Rogers
                                                           United States District Court Judge