```
 1  JEANNE M. CHRISTENSEN (NY SBN 2622124)
    KENNETH D. WALSH (NY SBN 5044086)
 2  (Admitted pro hac vice)
    WIGDOR LLP
 3  85 Fifth Avenue, Fifth Floor
    New York, NY 10003
 4  Tel.: (212) 257-6800
    Fax: (212) 257-6845
 5  jchristensen@wigdorlaw.com
 6  kwalsh@wigdorlaw.com

 7  JAMIE C. COUCHE (SBN 252001)
 8  ANDERSON & POOLE, P.C.
    601 California Street, Suite 1300
 9  San Francisco, CA 94108
    Tel.: (415) 956-6413
10  Fax: (415) 956-6416
11  jcouche@adplaw.com

12  Attorneys for Plaintiffs,
13  JANE DOE 1 through JANE DOE 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE 1, JANE DOE 2, JANE DOE 3, JANE DOE 4, JANE DOE 5, JANE DOE 6, JANE DOE 7, JANE DOE 8, and JANE DOE 9, *on behalf of themselves individually and on behalf of a proposed Class of similarly-situated individuals*,<br><br>    Plaintiffs,<br><br>    vs.<br><br>UBER TECHNOLOGIES, INC.,<br><br>    Defendant. | Case No.: 4:17-cv-06571 (YGR)<br><br>ORDER GRANTING **STIPULATION OF DISMISSAL WITH PREJUDICE** |

It is hereby stipulated and agreed, by and between Plaintiffs Jane Doe 1 through Jane Doe 9 and Defendant Uber Technologies, Inc. ("Uber") that:

1. The above-entitled action be and hereby is dismissed and discontinued in its entirety with prejudice and without costs or attorneys' fees to any party as against any other party.

Respectfully submitted,

Dated: December 13, 2018     **WIGDOR LLP**

By: /s/ *Jeanne M. Christensen*
Jeanne M. Christensen
Attorneys for Plaintiffs

Dated: December 13, 2018     **PERKINS COIE LLP**

By: /s/ *Bobbie J. Wilson*
Bobbie J. Wilson
Attorneys for Defendant

### ATTESTATION OF CONCURRENCE

I, Jeanne M. Christensen, as the ECF user and filer of this document, attest pursuant to N.D. Cal. Civil L.R. 5-1(i)(3) that concurrence in the filing of this document has been obtained from each of the above signatories.

Dated: December 13, 2018
New York, New York

By: /s/ Jeanne M. Christensen
JEANNE M. CHRISTENSEN, ESQ.

1
2
3
4
5
6
7
...
28

**[~~PROPOSED~~] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED. This action is DISMISSED WITH PREJUDICE.

Dated: December 17, 2018

*[signature]*
Hon. Yvonne Gonzalez Rogers
United States District Court Judge